CITY OF PHILADELPHIA v. HENRY H. STADLER.

October 20, 1980.

Petition for certification denied.   (See 173 *N.J.Super.* 235)

CITY OF PHILADELPHIA v. ALWYN HARTMAN.

October 20, 1980.

Petition for certification denied.

EDWARD H. BROWN v. NEW JERSEY DIVISION OF
CIVIL RIGHTS.

October 20, 1980.

Petition for certification denied.

HARRY LADNER v. BOARD OF ADJUSTMENT OF THE
TOWNSHIP OF EDISON.

October 20, 1980.

Petition for certification denied.